THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN JORDAN and GEORGE SWAN, Appellants.

(Argued May 29, 1933; decided July 11, 1933.)

*Thomas D. Austin, Edward T. Johnberg, Jr.,* and *Philip Frank* for John Jordan, appellant.

*James J. Munro* and *C. Gordon Lamude* for George Swan, appellant.

*Charles S. Colden, District Attorney* (*Mordecai Konowitz* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.